United States District Court
Southern District of Texas
**ENTERED**
January 08, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA LOURDES HERNANDEZ, | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 1:20-CV-173 |
| SHELLPOINT MORTGAGE SERVICING, *et al.*, | § § § § | |
| Defendants. | | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

In October 2020, Plaintiff Maria Lourdes Hernandez filed her Original Petition and Request for Temporary Restraining Order in Texas state court. (Petition, Doc. 1-2) Defendant Shellpoint Mortgage Servicing removed to federal court (Notice of Removal, Doc. 1), and Hernandez now moves to remand. (Motion, Doc. 5)

On December 3, the United States Magistrate Judge issued a Report and Recommendation (Doc. 7) concluding that the Motion should be denied as both federal question and diversity jurisdiction are present. No party filed any objections to the Report and Recommendation.

The Court **ADOPTS** the Report and Recommendation. As a result, it is:

**ORDERED** that Plaintiff Maria L. Hernandez's Motion to Remand (Doc. 5) is **DENIED**.

Signed on January 8, 2021.

_____
Fernando Rodriguez, Jr.
United States District Judge