United States District Court
Southern District of Texas
**ENTERED**
June 10, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARIA LOURDES HERNANDEZ, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 1:20-CV-173 |
| § | |
| SHELLPOINT MORTGAGE SERVICING, § | |
| § | |
| Defendant. § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff Maria Lourdes Hernandez brought claims against Defendants Shellpoint Mortgage Servicing and Substitute Trustee Israel Saucedo (who was later dismissed) related to Hernandez's home mortgage and Shellpoint's attempted foreclosure. (Original Petition, Doc. 1-2; Report and Recommendation, Doc. 7; Order, Doc. 11)

Defendant Shellpoint Mortgage Servicing moves to dismiss Hernandez's claims pursuant to Federal Rule of Procedure 12(c). (Motion, Doc. 16) The United States Magistrate Judge issued a Report and Recommendation (Doc. 24) concluding that the Motion should be granted. No party filed any objections to the Report and Recommendation. The Court finds no plain error in the Report and Recommendation.

The Court **ADOPTS** the Report and Recommendation. As a result, it is:

**ORDERED** that Defendant Shellpoint's Dismissal Motion (Doc. 16) is **GRANTED**; and

**ORDERED** that all of Plaintiff Maria Lourdes Hernandez's claims against Shellpoint Mortgage Servicing are **DISMISSED WITH PREJUDICE.**

Signed on June 10, 2021.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge